FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ECOLAB, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY McCAULEY,<br><br>　　　　　　Defendant. | NO: 2:18-CV-202-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Order approving Settlement Agreement Stipulation entered by the Court on October 12, 2018, the parties filed a stipulation to dismissal with prejudice under Federal Rule of Civil Procedure 42(a)(1)(A)(i), agreeing that Plaintiff's claims have been fully settled and compromised. ECF No. 17. The Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulation and Stipulated Order of Dismissal, **ECF No. 17**, is **ACCEPTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** October 25, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge