# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

ECOLAB INC.,

_____
*Plaintiff*

v.

JEFFREY McCAULEY,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 25, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   2:18-CV-202-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i),  Defendant's Stipulation and Stipulated Order of Dismissal
(ECF No. 17) is ACCEPTED.
Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   ROSANNA MALOUF PETERSON _____ on the parties' Stipulation of

Dismissal (ECF No. 17).

Date:   10/25/2018 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____